AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### ALIAS SUMMONS IN A CIVIL CASE

EDWARD A. BERMAN, on behalf of himself
and all others similarly situated,

CASE NUMBER: 08 C 325

V.

ASSIGNED JUDGE: Judge St. Eve

IMNY, CHICAGO, LLC d/b/a Il Mulino

DESIGNATED
MAGISTRATE JUDGE: Magistrate Judge Denlow

TO: (Name and address of Defendant)

IMNY, CHICAGO, LLC d/b/a Il Mulino
c/o CT Corporation
208 South LaSalle
Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BUEHLER & WILLIAMS
161 North Clark Street
Suite 2210
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*

**(By) DEPUTY CLERK**

**February 7, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2-13-08 |
| NAME OF SERVER *(PRINT)* Aurora Sanchez | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>CT Corporation</u>
<u>208 S. LaSalle</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: <u>Dawn Shulz</u>

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>2-13-08</u>    <u>Aurora Sanchez</u>
          Date                        Signature of Server

<u>20668 Lennon Drive, Frankfort, IL 60423</u>
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.