**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of: | Case Number: 08 C 325 |
| **EDWARD A. BERMAN**, on behalf of himself and all others similarly situated, | Judge Amy J. St. Eve |
| Plaintiff, | Magistrate Judge Morton Denlow |
| **IMNY, CHICAGO, LLC** d/b/a Il Mulino | |
| Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**IMNY, CHICAGO, LLC d/b/a Il Mulino**

| | |
|---|---|
| NAME (Type or print) | |
| | John B. Wolf |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| | s/ John B. Wolf |
| FIRM | REGAS, FREZADOS & DALLAS, LLP |
| STREET ADDRESS | 111 WEST WASHINGTON STREET, SUITE 1525 |
| CITY/STATE/ZIP | CHICAGO, ILLINOIS 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6287700 | TELEPHONE NUMBER (312) 236-4400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO **X** |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |