IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDWARD A. BERMAN, on behalf of himself and all others similarly situated, ) ) ) | |
| ) | Case No. 08 C 325 |
| Plaintiff, ) ) | Judge Amy J. St. Eve |
| v. ) ) | Magistrate Judge Morton Denlow |
| IMNY, CHICAGO, LLC d/b/a Il Mulino, ) ) | |
| Defendant. ) | |

**DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant IMNY, CHICAGO, LLC states the following:

The parent corporation for IMNY, CHICAGO, LLC is Il Mulino USA, LLC, a Delaware Limited Liability Company, which is not a publicly traded company.

No publicly traded corporation owns 10% or more of the stock of IMNY, CHICAGO, LLC or its parent corporation.

Dated: April 1, 2008

                                                                             IMNY, CHICAGO, LLC

                                                                             By:   s/ John B. Wolf (6287700)
                                                                             Regas, Frezados & Dallas, LLP
                                                                             Attorney for Defendant
                                                                             111 W. Washington St., Suite 1525
                                                                             Chicago, Illinois 60602

John B. Wolf (ARDC No. 6287700)
William D. Dallas (ARDC No. 618678)
Regas, Frezados & Dallas, LLP
Attorney for Defendant
111 W. Washington St., Suite 1525
Chicago, Illinois 60602
Phone (312) 236-4400