IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDWARD A. BERMAN, on behalf of himself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>IMNY, CHICAGO, LLC d/b/a Il Mulino, )<br><br>Defendant. ) | Case No. 08 C 325<br><br>Judge Amy J. St. Eve<br><br>Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that on **April 10, 2008, at 8:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Amy J. St Eve, or any Judge sitting in her staid, in courtroom 1241 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Agreed Motion for Enlargement of Time to Respond to First Amended Complaint and File an Appearance.**

                                            IMNY, CHICAGO, LLC

                                            By:  s/ John B. Wolf (6287700)
                                            Regas, Frezados & Dallas, LLP
                                            Attorney for Defendant
                                            111 W. Washington St., Suite 1525
                                            Chicago, Illinois 60602

John B. Wolf (ARDC No. 6287700)
William D. Dallas (ARDC No. 618678)
Regas, Frezados & Dallas, LLP
Attorney for Defendant
111 W. Washington St., Suite 1525
Chicago, Illinois 60602
Phone (312) 236-4400