# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Edward A. Berman

                    Plaintiff,

v.                                 Case No.: 1:08–cv–00325

                                 Honorable Amy J. St. Eve

IMNY, Chicago, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:MOTION by Defendant IMNY, Chicago, LLC for extension of time [16] is granted. Defendant to answer or otherwise plead by 4/28/2008. (Joint Status Report due by 4/25/2008. Status hearing set for 4/10/2008 is stricken and reset to 5/1/2008 at 08:30 AM.); Attorney John Burke Wolf for IMNY, Chicago, LLC added. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.