### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDWARD A. BERMAN, on behalf of himself and all others similarly situated, ) ) ) | |
| ) | Case No. 08 C 325 |
| Plaintiff, ) ) | Judge Amy J. St. Eve |
| v. ) ) | Magistrate Judge Morton Denlow |
| IMNY, CHICAGO, LLC d/b/a Il Mulino, ) ) | |
| Defendant. ) | |

### NOTICE OF MOTION

     PLEASE TAKE NOTICE that on **May 1, 2008, at 8:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Amy J. St Eve, or any Judge sitting in her staid, in courtroom 1241 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendant IMNY, CHICAGO, LLC's Motion to Dismiss.**

                               IMNY, CHICAGO, LLC

                               By:   s/ John B. Wolf
                               Regas, Frezados & Dallas, LLP
                               Attorney for Defendant
                               111 W. Washington St., Suite 1525
                               Chicago, Illinois 60602
                               Phone: (312) 236-4400
                               Fax: (312) 236-1129
                               Email: jwolf@rfd-law.com

John B. Wolf (ARDC No. 6287700)
William D. Dallas (ARDC No. 618678)
Regas, Frezados & Dallas, LLP
Attorneys for Defendant
111 W. Washington St., Suite 1525
Chicago, Illinois 60602
Phone (312) 236-4400

## SERVICE OF DOCUMENTS BY ELECTRONIC MEANS

The undersigned hereby certifies that on April 25, 2008 he caused the foregoing document to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, by using its Electronic Case Filing System which will send a Notice of Electronic Filing to the following Filing Users:

**William D. Dallas**

**John B. Wolf**

**Terrence Buehler**

**Jeffrey J. Halldin**

The undersigned also certifies that on the above date he caused the foregoing document to be mailed by United States Postal Service to the following non-Filing Users:

Not Applicable

By:  s/ John B. Wolf  _____
Regas, Frezados & Dallas, LLP
Attorney for Defendant
111 W. Washington St., Suite 1525
Chicago, Illinois 60602
Phone: (312) 236-4400
Fax: (312) 236-1129
Email: jwolf@rfd-law.com