UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Edward A. Berman
                                    Plaintiff,

v.                                                             Case No.: 1:08−cv−00325
                                                                           Honorable Amy J. St. Eve

IMNY, Chicago, LLC, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Motion to dismiss [19] is entered. Set deadlines/hearing as to motion to dismiss[19] :( Responses due by 5/8/2008, Replies due by 5/15/2008.);Status hearing held on 5/1/2008; ( Status hearing set for 6/26/2008 at 08:30 AM., Rule 26(a)(1) disclosures due 5/14/2008. Written discovery to be issued by 5/28/2008. Fact discovery ordered closed by 9/15/2008. Plaintiff's expert dislosures with reports due 8/14/2008. Defendant's expert disclosures with reports due 9/15/2008. Expert discovery ordered closed by 10/14/2008. Dispositive motions with supporting memoranda due by 11/14/2008.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.