UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Edward A. Berman
                        Plaintiff,

v.                                                Case No.: 1:08–cv–00325
                                                     Honorable Amy J. St. Eve

IMNY, Chicago, LLC, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff must file a statement concerning the impact that the Credit and Debit Card Receipt Clarification Act of 2007 has on his Fair Credit Reporting Act claims by Tuesday, June 24, 2008.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.